# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2020

## NO. 03-18-00673-CR

**Ashlee Dunbar, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 424TH DISTRICT COURT OF LLANO COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to remove the assessment of attorney's fees. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.